Robert L. COMEGYS, Petitioner–
Appellant,

v.

J. Michael STOUFFER, Warden, Mary-
land Correctional Training Center;
Attorney General of the State of Ma-
ryland, Respondents–Appellees.

No. 02–6889.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

Robert L. Comegys, Appellant Pro Se.

Before MOTZ, KING, and GREGORY,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Robert L. Comegys seeks to appeal the
district court's order denying relief on his
petition filed under 28 U.S.C. § 2254
(2000). We have reviewed the record and
the district court's opinion and conclude on
the reasoning of the district court that
Comegys has not made a substantial show-
ing of the denial of a constitutional right.
See Comegys v. Stouffer, No. CA–02–9480–
DKC (D. Md. filed May 3, 2002; entered
May 6, 2002). Accordingly, we deny a
certificate of appealability and dismiss the
appeal. See 28 U.S.C. § 2253(c) (2000).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

DISMISSED.